# Exhibit 2

Zoom Recording 4.28.2021 - Elizabeth Hockmeyer Williams Deposition (part 1)

Zoom Recording 4.28.2021 - Elizabeth Hockmeyer Williams Deposition (part 2)