**EXHIBIT 9**

Hockmeyer with Barksdale
64A Newark St.
Haverhill, MA 01832

May 25, 2020

Dear Valued Hockmeyer Customer,

I wanted to take a moment and update you on the state of our business operations. Hockmeyer with Barksdale (HWB) is a financially strong and stable company and we are excited to be back to work now that the state of Massachusetts is beginning to reopen.

On March 16th, Hockmeyer with Barksdale (HWB) made the difficult decision to lay off all of our over one hundred employees temporarily due to COVID -19. We would like to thank you for your patience, understanding and support during these difficult times. Beginning Tuesday May 26, we are planning on reopening with limited staff, unless the government stay at home order is extended. Our goal is to provide you the same exceptional service you have come to expect from Hockmeyer and Barksdale.

The future is uncertain and we want you to know that HWB is ready to pivot and adapt to the changes that are most likely to occur this school year. We are ready to work with you on adjusting picture day schedules and are putting plans in place to test our photographers to keep your staff and students safe.

We have added additional customer service support staff to assist you with scheduling picture days and answering questions you may have. Their contact information is as follows:

- Liz Beadling: School support and scheduling: lbeadling@hockstudio.com
- Lynn Boyko: School support and scheduling: lboyko@hockstudio.com
- Susan Sheridan, National Sales Manager: susan@hockstudio.com

Lastly, I would like each and every one of you to know that I'm available to address any questions or concerns you may have. Barksdale has operated our family school photography business for 98 years, and the state of our business is strong. We look forward to working with schools and local communities for many years to come.

Thank you and be well.


Sincerely,

Wayne T. Barksdale
President, Barksdale School Portraits
wbarksdale@barksdalephoto.com
800-220-7667 ext. 102