**EXHIBIT C**

> iMessage Message sent 9/30/2019 11:43:24 AM - Read
>
> How long are you staying? The entire week I hope.

iMessage Message received from Wayne Barksdale 9/30/2019 11:59:22 AM

**WB** I don't think so, with the season in full bloom my schedule is hard to predict - didn't want to make a promise and show. Worked in the office over the weekend to clear my schedule

> iMessage Message sent 9/30/2019 12:01:10 PM - Read
>
> Ok....I know things are busy. She needs you here, the staff needs here. As much time as you can give here will mean a great deal.

iMessage Message received from Wayne Barksdale 9/30/2019 1:25:51 PM

**WB** U got it! I'm here until Wednesday, I'll take as many items o can help her

iMessage Message received from Wayne Barksdale 9/30/2019 1:28:36 PM

**WB** I'll have Belle and Deb C up here next week for 3 days - then 2 weeks late Kristin will be back - I'm back 1st week in November

> iMessage Message sent 9/30/2019 1:31:17 PM - Read
>
> Ok.

> iMessage Message sent 9/30/2019 1:31:52 PM - Read
>
> Just an FYI I'm probably putting in 4-6 hours a day still helping. I'm risking my job with Parker right now

> iMessage Message sent 9/30/2019 1:32:16 PM - Read
>
> I'm currently logged into Steve's old PC working on seniors

iMessage Message received from Wayne Barksdale 9/30/2019 1:34:04 PM

**WB** I talked with Belle about seniors we are pulling them away from here! What are u doing that we can't help and do in BSP

WILL01132