UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARKSDALE SCHOOL PORTRAITS, LLC, d/b/a HOCKMEYER WITH BARKSDALE, and BSP NEW ENGLAND, LLC d/b/a HOCKMEYER WITH BARKSDALE,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>ELIZABETH HOCKMEYER WILLIAMS, and E-LLUMINATIONS,<br><br>　　　Defendants.<br><br>ELIZABETH HOCKMEYER WILLIAMS, and E-LLUMINATIONS (a d/b/a of JCW CONSULTING, LLC),<br><br>　　　Counterclaim and Cross-Claim Plaintiffs,<br><br>　　　v.<br><br>BARKSDALE SCHOOL PORTRAITS LLC, d/b/a HOCKMEYER WITH BARKSDALE, BSP NEW ENGLAND, LLC, d/b/a HOCKMEYER WITH BARKSDALE, WAYNE BARKSDALE, Individually, and SUSAN SHERIDAN, Individually,<br><br>　　　Counterclaim Defendants. | Civil Action No. 20-cv-11393-IT |

**JOINT REPORT IN RESPONSE TO COURT ORDER**

　　　The parties in the above-referenced matter hereby jointly report that, per this Court's Order of Friday, May 14, 2021, the Zoom Video Recording of the deposition of Elizabeth Williams is being transcribed by NYC Transcription. The Zoom file was delivered earlier today,

May 21, 2021. NYC Transcription believes the transcript will be ready by Wednesday, May 26, 2021.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| *s/ Jeffrey M. Rosin* | *s/ Jeffrey A. Dretler* |
| _____ | _____ |
| Jeffrey M. Rosin (BBO# 629216) | Jeffrey A. Dretler (BBO# 558953) |
| Kenton J. Villano (BBO # 685959) | RUBIN AND RUDMAN LLP |
| O'HAGAN MEYER, PLLC | 53 State Street |
| 111 Huntington Avenue, Suite 2860 | Boston, MA 02109 |
| Boston, MA 02199 | Telephone: (617) 330-7078 |
| Telephone: (617) 843.6800 | Facsimile: (617) 330-7550 |
| Facsimile: (617) 843.6810 | E-mail: jdretler@rubinrudman.com |
| E-Mail: jrosin@ohaganmeyer.com | |
| E-Mail: kvillano@ohaganmeyer.com | Michael D. Homans (Admitted *Pro Hac Vice*) |
| | HOMANSPECK, LLC |
| *Attorneys for ELIZABETH HOCKMEYER WILLIAMS and E-LLUMINATIONS* | 1500 John F. Kennedy Blvd., Suite 520 |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 419-7477 |
| Date:  May 21, 2021 | E-mail: mhomans@homanspeck.com |
| | |
| | *Attorneys for BARKSDALE SCHOOL PORTRAITS LLC d/b/a Hockmeyer with Barksdale and BSP NEW ENGLAND, LLC d/b/a Barksdale with Hockmeyer* |
| | |
| | Date:  May 21, 2021 |

## **CERTIFICATE OF SERVICE**

I, Jeffrey M. Rosin, hereby certify that the foregoing Joint Report was filed using the Court's electronic filing system on this 21st day of May 2021 and served upon all counsel of record via ECF notification.

By: */s/ Jeffrey M. Rosin*
     Jeffrey M. Rosin